# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO ALFONSO SALINAS,**<br><br>   Plaintiff,<br><br>   v.<br><br>**AMTRAK; BNSF RAILWAY COMPANY, ET AL.,**<br><br>   Defendants. | Case No. 4:20-cv-06868-YGR<br><br>**ORDER OF CONDITIONAL APPROVAL**<br><br>Dkt. No. 16 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to settle all claims at issue.

Based thereon, this matter is **DISMISSED** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened for failure of a condition of settlement, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: August 2, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**